Argued and submitted April 22, petition for judicial review of ballot title dismissed May 14, 1998

Steve DOELL,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S45061)

957 P2d 159

John A. Bennett, of Bullivant, Houser, Bailey, Pendergrass & Hoffman, P.C., Portland, argued the cause and filed the petition for petitioner.

John T. Bagg, Assistant Attorney General, Salem, argued the cause and filed the answering memorandum for respondent. With him on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Carson, Chief Justice, Gillette, Van Hoomissen, Durham, Kulongoski, and Leeson, Justices.

## MEMORANDUM OPINION

This is a proceeding for judicial review of a ballot title certified by the Attorney General for a proposed initiative measure. *See* ORS 250.085 (providing procedure for judicial review of ballot title). The parties agree that notice of petitioner's challenge to the Attorney General's certified ballot title was not given to the Secretary of State within the time provided in ORS 250.085(4). This court therefore has no authority to review the ballot title, and the petition must be dismissed. *Sizemore v. Myers*, 327 Or 71, 957 P2d 577 (1998).

Petition for judicial review of ballot title dismissed.[1]

---

[1] In light of this court's dismissal of this case, the Attorney General's motion to dismiss is moot.